1   NICOLA T. HANNA
    United States Attorney
2   BRANDON D. FOX
    Assistant United States Attorney
3   Chief, Criminal Division
    STEVEN R. WELK
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   MICHAEL R. SEW HOY (CA Bar No. 243391)
6   Assistant United States Attorney
    Asset Forfeiture Section
7       312 North Spring Street, 14th Floor
8       Los Angeles, California 90012
        Telephone: (213) 894-3314
9       Facsimile: (213) 894-0142
        E-mail: Michael.R.Sew.Hoy@usdoj.gov
10

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12

13                UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15  IN THE MATTER OF THE SEIZURE        No. **19CM00378**
    OF 12.28 BITCOIN VIRTUAL
16  CURRENCY                            STIPULATION AND REQUEST TO
                                        EXTEND THE DEADLINE TO FILE
17                                      CIVIL FORFEITURE COMPLAINT

18

19

20                                      [PROPOSED ORDER LODGED
                                        CONTEMPORANEOUSLY HEREWITH]
21

22

23      It is hereby stipulated by and between the United States of America (the

24  "government") and potential claimant Chan Le ("Claimant") through his counsel, David

25  A. Kettel, as follows:

26      1.    Claimant filed a written claim in administrative forfeiture proceedings

27  commenced by the United States Customs and Border Protection ("CBP") with respect

28  to the 12.28 Bitcoin Virtual Currency (the "seized asset").

2.     The government asserts that CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the defendants.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized asset alleging that the seized asset is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is November 22, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4.     Claimant does not desire that the government initiate a civil forfeiture action against the defendants at this time, because the parties desire additional time to discuss resolution of the matter.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized asset, in order to provide the parties an opportunity to discuss settlement.

6.     The parties request and agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized asset and/or obtain an indictment alleging that the seized asset is subject to forfeiture be extended from November 22, 2019 to January 6, 2020.

7.     Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized asset alleging that the seized asset is subject to forfeiture by November 22, 2019, and any right he may have to seek dismissal of any complaint on the ground that it was not filed or returned on or before such date.  For the avoidance of doubt, nothing in this stipulation shall prevent claimant from seeking dismissal of any civil complaint for forfeiture and/or forfeiture allegation within an

2

1  indictment on the grounds that the government deprived claimant of their right to due
2  process during the administrative phase.

3      NOW, THEREFORE, the parties hereto, by and through their respective attorneys,
4  hereby STIPULATE AND REQUEST that the government's time to file a civil
5  forfeiture complaint in connection with the seizure of the seized asset be extended to and
6  include Saturday January 6, 2020.

7      **SO STIPULATED**

8  Dated: November 12, 2019          Respectfully submitted,

9                                    NICOLA T. HANNA
                                     United States Attorney
10                                   BRANDON D. FOX
                                     Assistant United States Attorney
11                                   Chief, Criminal Division
                                     STEVEN R. WELK
12                                   Assistant United States Attorney
                                     Chief, Asset Forfeiture Section
13

14                                   _____/s/_____

15                                   MICHAEL R. SEW HOY
                                     Assistant United States Attorney
16
                                     Attorneys for Plaintiff
17                                   UNITED STATES OF AMERICA

18

19

20  Dated: November 12, 2019          THEODORA ORINGHER, PC

21                                   _____/s/ per email authorization_____

22                                   DAVID A. KETTEL

23                                   Attorneys for Claimants
                                     CHAN LE,
24                                   HUONG THU THI BIEN, AND
                                     THUY TANG
25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE BY MAILING

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On November 12, 2019, I served a copy of: **STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date shown below following our ordinary office practices.

TO:   **David A. Kettel, Esq.**
        **Theodora Oringher PC**
        **1840 Century Park East, Suite 500**
        **Los Angeles, CA 90067**

I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

This Certificate is executed on November 12, 2019, at Los Angeles, California.  I certify under penalty of perjury that the foregoing is true and correct.


                                    _____
                                    **TARA B. VAVERE**
                                    Senior Paralegal, FSA